**1**

**J. Edward READY et al. v. Samuel C. WAGENER.**

Circuit Court of Appeals, Sixth Circuit.
April 3, 1928.

No. 5058.

In Error to the District Court of the United States for the Eastern District of Michigan; Charles C. Simons, Judge.

Hayes & Maurer and Chester J. Morse, all of Detroit, Mich., for plaintiffs in error.

Humphreys Springstun and Lodge & Brown, all of Detroit, Mich., for defendant in error.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

---

**2**

**C. F. ROUTZAHN, Collector of Internal Revenue for the Eighteenth District of Ohio, v. CLEVELAND CLIFFS IRON COMPANY.**

Circuit Court of Appeals, Sixth Circuit.
April 10, 1928.

No. 5000.

In Error to the District Court of the United States for the Northern District of Ohio; Paul Jones, Judge.

For opinion below, see 21 F.(2d) 457.

A. E. Bernsteen, U. S. Atty., and Irene Nungesser, Asst. U. S. Atty., both of Cleveland, Ohio, for plaintiff in error.

Andrews & Belden, of Cleveland, Ohio, for defendant in error.

PER CURIAM. Dismissed pursuant to motion of counsel for plaintiff in error.